ORIGINAL

FILED
FEB 29 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| LOST TREE VILLAGE CORPORATION<br>PGA Financial Plaza at MacArthur Ctr.<br>3399 PGA Boulevard, Suite 260<br>Palm Beach Gardens, Fla. 33410,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 08-117 L<br><br>Judge ________ |

CORPORATE DISCLOSURE STATEMENT

Pursuant to RCFC 7.1, Plaintiff Lost Tree Village Corporation states that it has no parent corporation and that no publicly held corporation owns any of its stock

Dated: February 29, 2008

Respectfully submitted,

Jerry Stouck
Greenberg Traurig, LLP
2101 L Street, N.W.
Suite 1000
Washington, DC 20037
(202) 331-3173 phone
(202) 261-4751 facsimile

Counsel of Record for
Plaintiff Lost Tree Village Corporation