IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOST TREE VILLAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 08-117L<br>Honorable Charles F. Lettow |

**NOTICE OF APPEARANCE**

To the Clerk of the Court:

Please enter the appearance of Marc A. Smith as counsel for Defendant United States of America. Service of all papers by U.S. Mail should be addressed as follows:

Marc A. Smith, Esq.
Assistant Chief
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
(202) 305-0244 (phone)
(202) 305-0506 (fax)
marc.smith@usdoj.gov

Overnight and hand deliveries should be addressed to:

Marc A. Smith, Esq.
Assistant Chief
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
601 D Street, NW, Room 3004
Washington, D.C. 20004

Dated: May 29, 2008

Respectfully submitted,

Ronald J. Tenpas
Assistant Attorney General
Environment and Natural Resources Division

______________________________

Marc A. Smith
Assistant Chief
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0244 (phone)
(202) 305-0506 (fax)
Email: marc.smith@usdoj.gov