IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-117L

(Filed: May 30, 2008)

LOST TREE VILLAGE CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Pending before the court is plaintiff's motion to require a response to the complaint on a date certain and to request expedited consideration of that motion. The motion stems from the fact that defendant neither responded to the complaint within sixty days of filing, *see* Rule 12(a) of the Rules of the Court of Federal Claims, nor did it request an extension of time to respond. The defendant has filed a response to plaintiff's motion representing that it has no record of having received the service copies of the complaint notwithstanding the fact that service copies were delivered by the court's clerk to the defendant's courier. Defendant also points out that the docket reflects that the complaint was re-served on defendant on May 12, 2008, *see* docket entry following item 4, and that the deadline for filing an answer or other response was adjusted accordingly (to July 11, 2008). The re-service of the complaint occurred on the same day that plaintiff's motion was filed.

In all the circumstances, plaintiff's motion is DENIED. Defendant's answer or other response shall be due on July 11, 2008, as the docket for this case now shows. However, no extensions of time to answer or otherwise respond to the complaint will be granted, absent a showing of truly extraordinary circumstances.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge