**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| LOST TREE VILLAGE CORP., | ) | |
| Plaintiff, | ) | No. 08-117 L |
| v. | ) | Honorable Charles F. Lettow |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

To the Clerk:

Please substitute the appearance of James D. Gette for that of Marc Alan Smith as attorney of record for Defendant in this case.

Service of all papers by regular U.S. Mail should be addressed as follows:

James D. Gette
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P. O. Box 663
Washington, DC 20044-0663

202-305-1461 (phone)
202-353-2120 (facsimile)
James.Gette@usdoj.gov

All hand or overnight deliveries should be made to the following street address:

James D. Gette
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street N.W.
Room 3124
Washington, DC 20004

July 8, 2008

Respectfully Submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division

/s/ *James D. Gette*

JAMES D. GETTE
Attorney of Record for Defendant

OF COUNSEL:

John F. Kasbar
Assistant District Counsel
U.S. Army Corps of Engineers
701 San Marco Boulevard
Jacksonville, FL 32207