IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-117

(Filed: September 5, 2008)

LOST TREE VILLAGE CORPORATION,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

The court acknowledges the joint preliminary status report filed by the parties on September 2, 2008. The parties have proposed a schedule for discovery in this case. In light of the parties' Joint Preliminary Status Report, and for good cause shown, discovery in this case will proceed according to the following schedule:

| Action | Deadline |
| --- | --- |
| Commencement of discovery; RCFC 26(a)(1) initial disclosures | September 16, 2008 |
| Complete fact discovery | March 16, 2009 |
| Plaintiff's expert report(s) | May 19, 2009 |
| Defendant's expert report(s) | June 19, 2009 |
| Rebuttal expert reports(s) | July 20, 2009 |
| Complete expert discovery | August 20, 2009 |
| Joint Status Report | September 10, 2009 |

It is so ORDERED.

s/ Charles F. Lettow
Judge