ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOST TREE VILLAGE CORPORATION<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 08-117c<br>(Judge Lettow) | FILED<br>OCT 14 2011<br>U.S. COURT OF FEDERAL CLAIMS |

NOTICE OF APPEAL

Notice is hereby given that Lost Tree Village Corporation appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this case on August 24, 2011.

Dated: October 14, 2011

Respectfully submitted,

Jerry Stouck by Danielle Diaz

JERRY STOUCK
Greenberg Traurig, LLP
2101 L Street, NW
Suite 1000
Washington, DC 20037
(202) 331-3100 (Telephone)
(202) 261-4751 (Facsimile)

*Counsel of Record for Lost Tree Village Corporation*

**CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing Notice of Appeal to be served by mail this 14th day of October, 2011 to:

JAMES D. GETTE
BROOK B. ANDREWS
Natural Resources Section
Environment & Natural Resources Division
U. S. Department of Justice
P.O. Box 663
Washington, DC 20044

Danielle M. Diaz